| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lastreto II, Rene | 2. Court or Organization<br><br>U.S. Bankruptcy Court Eastern District of California | 3. Date of Report<br><br>11/04/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge-Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>11/04/2015 |

**7. Chambers or Office Address**

Robert E. Coyle United States Courthouse
2500 Tulare St., Suite 2501
Fresno, CA 93721

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chief Financial Officer | Lang, Richert & Patch (until December 2014) |
| 2. | President/Chief Financial Officer | Lang, Richert & Patch (until July 2015) |
| 3. | Shareholder/Employee | Lang, Richert & Patch (shareholder until July 31, 2015) |
| 4. | Trustee | Lang, Richert & Patch 401K (until July 2015) |
| 5. | Member of Board of Directors | Bullard Meadows HOA |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Deferred Compensation Agreement with Lang, Richert & Patch payable over 5 years. |
| 2. | 2015 | Repayment of Deferred Salary from Lang, Richert & Patch over 2 years |
| 3. | 2015 | Redemption of Lang, Richert & Patch stock payable now. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Salary from Lang, Richert & Patch | $251,000.00 |
| 2. | 2014 | Salary from Lang, Richert & Patch | $184,000.00 |
| 3. | 2015 | Salary from Lang, Richert & Patch | $120,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Salary from Lang, Richert & Patch |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | exempt | exempt | exempt | exempt | exempt |
| 2. | exempt | exempt | exempt | exempt | exempt |
| 3. | exempt | exempt | exempt | exempt | exempt |
| 4. | exempt | exempt | exempt | exempt | exempt |
| 5. | exempt | exempt | exempt | exempt | exempt |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 11/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | exempt | exempt | |
| 2. | exempt | exempt | |
| 3. | exempt | exempt | |
| 4. | exempt | exempt | |
| 5. | exempt | exempt | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lastreto II, Rene** | 11/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Lang, Richert & Patch Stock | | None | | | Exempt | | | | See note in Part VIII |
| 2. | Bank of the West-accounts | A | Interest | M | T | Exempt | | | | |
| 3. | Lincoln Annuity-variable | | | | | | | | | |
| 4. | --LVIP Global Gwoth Alloocation Managed Risk Fund | B | Dividend | L | T | Exempt | | | | |
| 5. | Franklin Income Fund-"A" | A | Dividend | J | T | Exempt | | | | |
| 6. | IRA # 1 | | | | | | | | | |
| 7. | --FMC Corp (common) | A | Dividend | K | T | Exempt | | | | |
| 8. | --Smart & Final Stores (common) | | None | J | T | Exempt | | | | See note in Part VIII |
| 9. | Principal Universal Life Insurance | A | Dividend | J | T | Exempt | | | | |
| 10. | Lang, Richert & Patch 401K | | | | | | | | | |
| 11. | --FMT/First Eagle Gold Fund | A | Dividend | J | T | Exempt | | | | |
| 12. | --FMT/SPDR Health Care Sector ETF | A | Dividend | K | T | Exempt | | | | |
| 13. | --FMT/Vanguard Wellesley Income | A | Dividend | L | T | Exempt | | | | |
| 14. | --FMT Large Cap Intrinsic Value(MetWest) | A | Dividend | M | T | Exempt | | | | |
| 15. | --FMT/Meridian Growth | A | Dividend | K | T | Exempt | | | | |
| 16. | --FMT/American Funds Growth Fund of America | A | Dividend | M | T | Exempt | | | | |
| 17. | --FMT/American Funds Europacific | A | Dividend | L | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 11/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --FMT/Vanguard Selected Value | A | Dividend | K | T | Exempt | | | | |
| 19. --FMT/Vanguard Total Bond Market Index | A | Dividend | L | T | Exempt | | | | |
| 20. --FMT/Vanguard GNMA | A | Dividend | L | T | Exempt | | | | |
| 21. --FMT/Vanguard Inflation Protected Security | A | Dividend | K | T | Exempt | | | | |
| 22. IRA #2 | | | | | Exempt | | | | |
| 23. --Am. Funds Capital Income Builder | A | Dividend | J | T | Exempt | | | | |
| 24. --Am. Funds Capital World Growth & Income Fund | A | Dividend | J | T | Exempt | | | | |
| 25. --Am. Funds Growth Fund of America | A | Dividend | J | T | Exempt | | | | |
| 26. Note Receivable from Lang, Richert & Patch | B | Interest | | | Exempt | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lastreto II, Rene** | 11/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, P. 4, line 1 - Value fixed in Shareholder Agreement.

Part VII, P. 4, line 8- Acquired in August 2015.  No Dividend.

Part VII, P. 4, line 26- Note principal was paid in 2014.  Thus no gross value.

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 11/04/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rene Lastreto II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544